IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DETRICK D. CROSTON,**
ADC # 131172     **PETITIONER**

v.     **4:22-cv-00616-LPR-JJV**

**DEXTER PAYNE, Director,**
Arkansas Division of Correction     **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After a careful and de novo review of the PFRD and record, the Court concludes the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Croston's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice.

Dated this 3rd day of January, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE