IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DETRICK D. CROSTON,**
**ADC # 131172**     **PETITIONER**

v.     **4:22-cv-00616-LPR-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**     **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

Dated this 3rd day of January, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE